786

**Daoud BOONE**

v.

**STATE**

**CR-13-0761**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Fred Lee BARKSDALE**

v.

**STATE**

**CR-13-0802**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Rodney PATTERSON**

v.

**STATE**

**CR-13-0797**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**James Bradford SKILES**

v.

**STATE**

**CR-13-0810**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied